JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIESEL USA, INC., A DELAWARE CORPORATION, | Case No. EDCV 11-00227 VAP (DTBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| REBEL SPORTS, INC., A CALIFORNIA CORPORATION, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff against Defendant. The Court orders that such judgment be entered. Defendant is ordered to pay to Plaintiff $325,150.00 in damages, plus pre-judgment

interest at a rate of 10% per annum as of November 8, 2010, and post-judgment interest as provided under 28 U.S.C. § 1961(a).

Dated: April 29, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge